PS 8
(Rev. 2/2013)

# United States District Court
# For The
# District of North Dakota

**Petition for Action on Conditions of Pretrial Release**

| | |
|---|---|
| United States of America )  | |
| ) | |
| vs. ) | Docket No.: 0868 3:23CR00147-1 |
| ) | |
| Zachary Verdell Northern ) | |

COMES NOW, Christine Argall, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Zachary Verdell Northern who was placed under pretrial release supervision by the Honorable Alice R. Senechal, Magistrate Judge, sitting in the Court at Fargo, on October 19, 2023, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

   IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

6. Except upon prior approval from the Pretrial Services Officer, the defendant's travel is restricted to the Fargo/Moorhead area.

7. Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

PS 8
(Rev. 2/2013)
Northern, Zachary
0868 3:23CR00147

8. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

9. Defendant shall not knowingly or intentionally have any direct or indirect contact with any witnesses or anyone involved in the case, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

10. Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

11. Defendant shall reside alone at his apartment in Fargo and not change this residence without prior approval of the Pretrial Services Officer.

12. Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer.

13. Defendant shall not obtain a passport and other foreign travel document(s).

14. Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

15. Defendant must observe a curfew as directed by the Pretrial Services Officer.


**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **Violation of Condition # 7: Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** On November 15, 2023, the defendant tested positive for cocaine. Test results were confirmed positive by the laboratory.

2. **Violation of Condition # 7: Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be**

considered the same as a positive test result. **On January 23, 2024, the defendant tested positive for cocaine. Test results were confirmed positive by the laboratory.**

3. <u>Violation of Condition # 7</u>: **Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** On February 19, 2024, the defendant tested positive for alcohol. Test results were confirmed positive by the laboratory.

4. <u>Violation of Condition # 7</u>: **Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result. On February 19, 2024, the defendant tested positive for alcohol. Test results were confirmed positive by the laboratory.** On May 18, 2024, the defendant tested positive for cocaine. He admitted to the use.

5. <u>Violation of Condition # 7</u>: **Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** On June 13, 2024, the defendant tested positive for cocaine and amphetamines. Test results were confirmed positive by the laboratory.

6. <u>Violation of Condition # 7</u>: **Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** On June 23, 2024, the defendant tested positive for alcohol, amphetamines, and cocaine. Test results were confirmed positive by the laboratory.

7. <u>Violation of Condition # 7</u>: **Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner;**

PS 8
(Rev. 2/2013)
Northern, Zachary
0868 3:23CR00147

and any use of inhalants. **Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** On July 16, 2024, the defendant tested positive for cocaine. Test results were confirmed positive by the laboratory.

8. <u>**Violation of Condition # 7**</u>: **Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** On July 21, 2024, the defendant tested positive for alcohol and cocaine. He admitted to the use.

9. <u>**Violation of Condition # 7**</u>: **Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.** The defendant failed to report for scheduled urinalysis testing on January 15, 2024, and May 9, 2024.

PRAYING THAT THE COURT WILL ORDER: A warrant will be issued for the arrest of Zachary Verdell Northern and hearings be held to determine if he violated his conditions of pretrial release.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/ Christine Argall                07/23/2024
U.S. Pretrial Services Officer
Place: Fargo

PS 8
(Rev. 2/2013)
Northern, Zachary
0868 3:23CR00147

# ORDER OF THE COURT

Considered and ordered this 23rd day of July, 2024, and ordered filed and made a part of the record in the above case.

- ☒ Warrant to be issued
- ☐ Summons to be issued
- ☐ Notice of hearing to be filed
- ☐ Modification of the defendant's conditions of release
- ☐ Other

_____
Alice R. Senechal
U.S. Magistrate Judge