# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:23-cr-147 |
| | ) | |
| vs. | ) | **ORDER REVOKING** |
| | ) | **PRETRIAL RELEASE AND FOR** |
| Zachary Verdell Northern, | ) | **DETENTION PENDING TRIAL** |
| | ) | |
| Defendant. | ) | |

A July 23, 2024 petition charged Zachary Verdell Northern violated pretrial release conditions by testing positive for prohibited substances eight times between November 2023 and July 2024 and by not reporting for substance abuse testing on two dates. During an August 1, 2024 hearing, Northern admitted to each of the charges in the petition. The parties both recommended that Northern be detained pending availability of a residential reentry center placement or pending release to an approved substance abuse treatment program.

Pursuant to 18 U.S.C. § 3148, the court finds clear and convincing evidence Northern violated conditions of his pretrial release and further finds Northern is unlikely to abide by any conditions or combination of conditions of release. His pretrial release is therefore revoked. The court would, however, consider release to a residential substance abuse treatment center if appropriate arrangements are made.

At this time, Northern is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Northern shall be afforded a reasonable opportunity for private

consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Northern to the United States Marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED**.

Dated this 1st day of August, 2024.

/s/ *Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge