## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 3:23-cr-147 |
| Zachary Verdell Northern, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Zachary Verdell Northern moves for a modification of his conditions of release. See Doc. 52. Northern recently graduated from Achieve Recovery homes, and he requests that his release conditions be amended to permit him to reside at his apartment in Fargo, North Dakota. The United States does not object to his motion. Id.

Northern's motion (Doc. 52) is **GRANTED**. The Court **ORDERS** that condition eleven of the order setting conditions of release (Doc. 39) be modified to permit Northern to reside at his apartment in Fargo, North Dakota. The supervising pretrial services officer must approve of the address. All other conditions of pretrial release as set forth in the order setting conditions of release (Doc. 39) remain the same and in full effect.

**IT IS SO ORDERED**.

Dated this 31st day of January, 2025.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court